January 24, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

ATRIUM MEDICAL CENTER, L.P., Appellant

NO. 14-12-00364-CV                     V.

LANGE MECHANICAL SERVICES, L.P., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Lange Mechanical Services, L.P., signed November 30, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, Lange Mechanical Services, L.P., to pay all costs incurred in this appeal. We further order this decision certified below for observance.